# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-84
_____

MAURICE J. JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

September 28, 2022

PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice J. Jackson, pro se, Appellant.

Ashley Moody, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.